**SEALED**
BY THE ORDER OF THE COURT

```
FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
Mar 11, 2024
Lucy H. Carrillo, Clerk of Court
```

CLARE E. CONNORS #7936
United States Attorney
District of Hawaii

SARA D. AYABE #9546
BARBARA EUCKER
Assistant U.S. Attorneys
United States Attorney's Office
District of Hawaii
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Email:  sara.ayabe@usdoj.gov
        barbara.eucker@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DEVIN VIELA,<br><br>　　　　　Defendant. | MAG. NO. 24-00216 RT<br><br>CRIMINAL COMPLAINT;<br>AFFIDAVIT IN SUPPORT OF<br>CRIMINAL COMPLAINT |

### CRIMINAL COMPLAINT

I, the undersigned complainant, being duly sworn telephonically, state the following is true and correct to the best of my knowledge and belief.

## Armed Carjacking
(18 U.S.C. §§ 2119 and 2)

On or about March 9, 2024, within the District of Hawaii, DEVIN VIELA, the defendant, with the intent to cause death or serious bodily harm, did take a motor vehicle that had been transported, shipped, and received in interstate and foreign commerce, namely, a white 2016 Toyota Camry, from the person or presence of another, namely, the renter of the white 2016 Toyota Camry, by force and violence or by intimidation, and attempts to do so.

All in violation of Title 18, United States Code, Sections 2119 and 2.

//
//
//
//
//
//
//
//
//
//
//

I further state that I am a Special Agent with the Federal Bureau of Investigation ("FBI"), and that this Complaint is based upon the facts set forth in the attached "Affidavit in Support of Criminal Complaint", which is incorporated herein by reference.

DATED: March 11, 2024, at Honolulu, Hawaii.

GABRIEL KEOWN
Special Agent, FBI

This Criminal Complaint and Affidavit in support thereof were presented to, approved by, and probable cause to believe that the defendant above-named committed the charged crime found to exist by the undersigned Judicial Officer at _____5:21_ p.m. on March 11, 2024.

Sworn to under oath before me telephonically, and attestation acknowledged pursuant to Federal Rule of Criminal Procedure 4.1(b)(2), on this 11th day of March, 2024, at Honolulu, Hawaii.

Rom A. Trader
United States Magistrate Judge

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, the undersigned complainant, being duly sworn telephonically, state the following is true and correct to the best of my knowledge and belief:

1. This affidavit is submitted for the purpose of establishing probable cause that DEVIN VIELA ("VIELA"), the defendant, committed the offense of carjacking within the District of Hawaii on or around March 9, 2024, in violation of 18 U.S.C. §§ 2119 and 2.

2. I am a Special Agent with the Federal Bureau of Investigation ("FBI"), Honolulu Field Office. I have been a Special Agent since September 2019 and have worked a variety of investigations. Currently, I am assigned to the Violent Crime Task Force. I am further deputized as a Special Deputy U.S. Marshal and have been assigned to the District of Hawaii U.S. Marshal Fugitive Task Force, where my duties include but are not limited to fugitive apprehensions. Prior to joining the FBI, I served as a Philadelphia Police Officer for five years. As part of my current duties, I investigate violent crimes and gang-related criminal activity, firearm offenses, drug trafficking, and violent crimes against children. During my law enforcement career, I have participated in numerous investigations involving such crimes. Through these investigations, I gained substantial experience collecting evidence, conducting physical surveillance, interviewing subjects and witnesses, executing search warrants, conducting undercover

operations, and using confidential sources. I have received extensive training in these matters, as well. I have also worked with other federal agents and law enforcement officers who have investigated these crimes and they have shared their knowledge and experience regarding the manner in which illegal drugs and firearms are obtained, sold, and used. Furthermore, I am an investigative or law enforcement officer of the United States with the meaning of Section 2510(7) of Title 18 United States Code and empowered by law to conduct investigations of and to make arrests for the offenses enumerated in Section 2516 of Title 18, United States Code. Through my training and experience, I have become familiar with the manner in which criminal offenders operate, and the efforts of those involved in such activities.

**The March 9, 2024 Carjacking**

3. I have spoken with other law enforcement officers and reviewed Honolulu Police Department ("HPD") reports relating to an armed carjacking that occurred on or about March 9, 2024, from which I have learned, in substance and in part, the following:

a. In the period leading up to the armed carjacking on or about March 9, 2024, a male individual ("the Victim") rented a white 2016 Toyota Camry (the "Subject Vehicle") from a rental agency.

2

  b. On or about March 9, 2024, at approximately 9:34 pm, the Victim parked the Subject Vehicle at the intersection of Sand Island Access Road and Hoʻoneʻe Place.

  c. While parked, a male approached the Victim's driver side window and pointed a gun at his head, demanding that he get out or he would blow his head off. The Victim said, in sum and substance, "No, don't do this, I am just working for the people of Hawaii." The male demanded that the Victim open the door as the male pulled on the door handle. In fear for his life, the Victim exited the Subject Vehicle. The male then drove off with the Subject Vehicle.

  d. The Victim then flagged down a passerby and called 911 to report the incident. HPD personnel responded to the scene and were flagged down by the Victim in the area of Sand Island Access Road and Hoʻoneʻe Place in Kalihi.

  e. The Victim made a statement to HPD personnel and stated, among other things, that the gun carried by the male was a silver/black .38 caliber. At approximately 10:03 p.m., HPD sent out an All Points Bulletin ("APB") with respect to the incident, which identified the Subject Vehicle.

**The Identification of the Defendant**

4. On March 9, 2024, at approximately 11:55 p.m., an HPD officer observed the Subject Vehicle in the Palolo area and recognized the driver of the

3

Subject Vehicle as VIELA, based on prior police contacts. The HPD officer briefly lost sight of the Subject Vehicle, before locating it within the parking lot of 2284 Ahe Street. On March 10, 2024, at approximately 12:05 a.m., after additional officers arrived, HPD attempted to approach VIELA, who was in the driver seat of the Subject Vehicle. Upon their approach, VIELA accelerated toward the officers' vehicles head on. In his attempt to flee the area, VIELA struck two parked vehicles and ultimately crashed into a telephone pole guide wire.

5. HPD approached the Subject Vehicle and observed VIELA in the driver's seat, with his left hand on the steering wheel and his right hand directly above a black revolver handgun. VIELA continued to accelerate the SUBJECT VEHICLE, but it was stuck. HPD officers extracted VIELA from the Subject Vehicle, placed him under arrest. Search incident to arrest, HPD recovered a small Ziploc-type baggie in VIELA's front right pants pocket containing a crystalline substance that field tested positive for methamphetamine, as well as a loaded .38 caliber revolver.

6. Shortly thereafter, law enforcement conducted a field show up. The Victim positively identified VIELA as the male who had pointed the gun at him during the armed carjacking.

7. Based upon information and belief, Toyota vehicles are not manufactured in the District of Hawaii, and therefore, the Subject Vehicle had

been transported, shipped, or received in interstate commerce prior to the carjacking.

## CONCLUSION

8.    Based on the foregoing facts, I respectfully submit that probable cause exists to believe that DEVIN VIELA, the defendant, committed the aforementioned offense.

Respectfully submitted,

_____
GABRIEL KEOWN
Special Agent, FBI

This Criminal Complaint and Affidavit in support thereof were presented to, approved by, and probable cause to believe that the defendant above-named committed the charged crime found to exist by the undersigned Judicial Officer at ____5:21 p.m. on March _11_, 2024.

Sworn to under oath before me telephonically, and attestation acknowledged pursuant to Federal Rule of Criminal Procedure 4.1(b)(2), on this _11_ day of March 2024, at Honolulu, Hawaii.



_____
Rom A. Trader
United States Magistrate Judge

5